248 F.2d 736
 GRACE LINE, Inc., as owner of THE SANTA ROSA, Libellant-Appellee,
v.
THE C. HAYWARD MESECK, Respondent, Meseck Towing Lines,
Inc., Claimant-Appellant.
 No. 46, Docket 24646.
 United States Court of Appeals Second Circuit.
 Argued Oct. 11, 1957.
Decided Oct. 31, 1957.
 
 Vincent A. Catoggio, of Purdy, Lamb & Catoggio, New York City, for claimant-appellant.
 Raymond T. Greene, of Kirlin, Campbell & Keating, New York City, for libellant-appellee.
 Before CLARK, Chief Judge, and LUMBARD and MOORE, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed on the opinion of District Judge Herlands, D.C.S.D.N.Y., 150 F.Supp. 425.